IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BYRON BAREFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-15-0891 |
| | § | |
| DIAMOND STATE INSURANCE COMPANY, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant Diamond State Insurance Company's Motion to Dismiss, or in the alternative, Motion for Stay (Document No. 3). Having considered motion, submissions, and applicable law, the Court determines the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Diamond State Insurance Company's Motion to Dismiss, or in the alternative, Motion for Stay (Document No. 3) is **DENIED**.

SIGNED at Houston, Texas, on this 15 day of June, 2015.

DAVID HITTNER
United States District Judge